UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRETT T. HYMAN, | : | CIVIL CASE NO. |
|    Plaintiff, | : | 3:19-cv-00031-VLB |
| | : | |
| VS. | : | |
| | : | |
| CITY OF BRIDGEPORT | : | |
|    Defendant. | : | AUGUST 28, 2020 |

**STIPULATION OF DISMISSAL
WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, BRETT T. HYMAN, and Defendant, CITY OF BRIDGEPORT, hereby stipulate and agree that the above captioned action shall be dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C. | Office of the City Attorney |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| | |
| By:/s/ Thomas W. Bucci | By: /s/ John P. Bohannon, Jr., Esquire |
|    Thomas W. Bucci (ct07805) |    John P. Bohannon, Jr. (ct13760) |
|    Willinger, Willinger & Bucci, P.C. |    Office of the City Attorney |
|    1000 Bridgeport Ave., Suite 501 |    999 Broad Street, 2nd Floor |
|    Shelton, CT  06484 |    Bridgeport, CT  06604 |
|    Tel: 203-366-3939 |    Tel: 203-576-7647 |
|    Fax: 475-269-2907 |    Fax: 203-576-8252 |
|    Email: tbucci@wwblaw.com |    Email: John.Bohannon@Bridgeportct.gov |
| | |
| Dated: August 28, 2020 | Dated: August 28, 2020 |

**Certificate of Service**

I hereby certify that on August 28, 2020, a copy of foregoing *Stipulation of Dismissal* was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

THE PLAINTIFF – BRETT T. HYMAN

By /s/Thomas W. Bucci
Thomas W. Bucci
Fed Bar # ct07805
Attorney for Plaintiff
WILLINGER, WILLINGER & BUCCI, P.C.
1000 Bridgeport Avenue, Suite 501
Shelton, CT  06484
Tel: 203-366-3939
Fax: 475-269-2907
Email: tbucci@wwblaw.com